```
Floyd W. Bybee, #012651
```
**BYBEE LAW CENTER, PLC**
```
2473 S. Higley Road
Suite 104-308
Gilbert, AZ  85295-3023
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com
```

Attorney for Plaintiffs

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| David C. Henry; and Janet A. Henry; | No.  CV 10-2551-PHX-JAT |
| Plaintiffs, | |
| v. | **NOTICE OF SETTLEMENT WITH DEFENDANT SAXON MORTGAGE, INC. ONLY** |
| Saxon Mortgage, Inc.; et al., | |
| Defendants. | |

Plaintiffs hereby give notice that Plaintiffs and Defendant Saxon Mortgage, Inc. have reached a settlement in this case, and will be filing a stipulation of dismissal as to Saxon Mortgage only within thirty (30) days.

/ / /

/ / /

DATED  July 13, 2011  .

                s/ Floyd W. Bybee
Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
2473 S. Higley Road
Suite 104-308
Gilbert, AZ  85295-3023
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned certifies that on   July 13, 2011   a copy of this document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Jason L. Sanders**
Locke Lord Bissell & Liddell LLP
2200 Ross Ave
Ste 2200
Dallas, TX 75201
jsanders@lockelord.com
Attorney for Defendant
  Saxon Mortgage

**Christopher R. Blevins**
Houser & Allison APC
9970 Research Dr
Irvine, CA 92618
cblevins@houser-law.com
Attorneys for Defendant
  Ocwen Mortgage

**Robert W. Norman, Jr**
Houser & Allison
3760 Kilroy Airport Wy
Suite 260
Long Beach, CA 90806
bnorman@houser-law.com
Attorneys for Defendant
  Ocwen Mortgage

**Michael D. Douglas**
King & Spalding LLP
1180 Peachtree St NE
Atlanta, GA 30309
mdouglas@kslaw.com
Attorneys for Defendant
  Equifax

**Michael J. Coccaro**
SNELL & WILMER, LLP
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Attorneys for Defendant
  Equifax

**Katherine A. Klimkowski**
JONES DAY
3161 Michelson Dr Ste 800
Irvine, CA  92612-4408
kaklimkowski@jonesday.com
Attorneys for Defendant
  Experian

**Ginny E. Hawkinson**
Strasburger & Price, LLP
2801 Network Blvd.
Suite 600
Frisco, TX 75034
ginny.hawkinson@strasburger.com
Attorneys for Defendant
  Trans Union LLC

**Philip R. Wooten**
Philip R. Wooten PC
3413 E. Equestrian Trail
Phoenix, AZ 85044-3403
philip.wooten@azbar.org
Attorneys for Defendant
  Trans Union LLC

by   s/ Floyd W. Bybee