Robert W. Norman, Jr. (SBN 025328)
Christopher R. Blevins (SBN 025371)
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, California 92618
Telephone:  (949) 679-1111
Facsimile:  (949) 679-1112
Email:  cblevins@houser-law.com

Attorneys for Defendant,
Ocwen Loan Servicing, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| David C. Henry; and Janet A. Henry, <br><br> Plaintiffs, <br><br> v. <br><br> Saxon Mortgage, Inc.; Ocwen Mortgage Company, LLC; Trans Union LLC; Experian Information Solutions, Inc.; Equifax Information Services, LLC; <br><br> Defendants. | Case No.:   2:10-cv-02551-JAT <br><br> Judge:   Hon. James A. Teilborg <br><br> **JOINT STIPULATION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT OCWEN'S MOTION TO DISMISS** <br><br> (First Request) |

Plaintiffs David C. Henry and Janet A. Henry and Defendant Ocwen Loan Servicing, LLC, erroneously sued as Ocwen Mortgage Company, LLC, ("Ocwen") by and through counsel undersigned , hereby stipulate and agree to extend the date for Defendant Ocwen to reply to Plaintiffs' Response to Defendant Ocwen's Motion to Dismiss, to August 5, 2011.  Defendant's counsel needs the additional time in order to file a proper reply to the motion.  The current response date is July 21, 2011.

This is Defendant's first request to extend this deadline. This request is not made in bad faith or for the purpose of delay. A proposed form of order accompanies this stipulation.

Dated: July 20, 2011                                          **HOUSER & ALLISON, APC**


                                                              /s/
                                                              Robert W. Norman, Jr.
                                                              Christopher R. Blevins
                                                              Attorneys for Defendant,
                                                              Ocwen Loan Servicing, LLC

Dated: July 20, 2011                                          **BYBEE LAW CENTER, PLC**


                                                              /s/   (with permission)
                                                              Floyd W. Bybee
                                                              Attorneys for Plaintiffs
                                                              David C. Henry and Janet A. Henry

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, with a transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants.

Floyd W. Bybee, Esq.
BYBEE LAW CENTER, PLC
2473 S. Higley Road, Suite 104-308
Gilbert, Arizona 85295-3023
floyd@bybeelaw.com
*Attorneys for Plaintiffs*

Jason L. Sanders, Esq.
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201
jsanders@lockelord.com
*Attorneys for Defendant,
Saxon Mortgage Incorporated*

Ginny E. Hawkinson, Esq.
STRASBURGER & PRICE LLP
2801 Netword Blvd., Suite 600
Frisco, TX 75034
ginny.hawkinson@strasburger.com
*Attorneys for Defendant,
TransUnion LLC*

Philip R. Wooten, Esq.
PHILIP R. WOOTEN PC
3413 E. Equestrian Trail
Phoenix, AZ 85044-3403
philip.wooten@azbar.org
*Attorneys for Defendant,
TransUnion LLC*

Jonathan A. Dessauel
DESSAULES LAW GROUP
2700 N. Central Avenue, Suite 1200
Phoenix, AZ 85004
jdessaules@dessauleslaw.com
*Attorneys for Defendant,
Experian Information Solutions
Incorporated*

Katherine A. Klimkowski
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
kaklimkowski@jonesday.com
*Attorneys for Defendant,
Experian Information Solutions
Incorporated*

Michael J. Coccaro, Esq.
SNELL & WILMER LLP
1 Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
mcoccaro@swlaw.com
*Attorneys for Defendant,
Equifax Information Services LLC*

Michael D. Douglas
KING & SPALDING LLP
1180 Peachtree Street NE
Atlanta, GA 30309
mdouglas@kslaw.com
*Attorneys for Defendant,
Equifax Information Services LLC*

/s/ Christopher R. Blevins
Christopher R. Blevins