1  Floyd W. Bybee, #012651
   **BYBEE LAW CENTER, PLC**
2  2473 S. Higley Road
   Suite 104-308
3  Gilbert, AZ 85295-3023
   Office: (480) 756-8822
4  Fax: (480) 302-4186
   floyd@bybeelaw.com
5
   Attorney for Plaintiff
6

7               **UNITED STATES DISTRICT COURT**

8                     **DISTRICT OF ARIZONA**

9

10 David C. Henry and Janet A. Henry,   )   **No. CV 10-2551-PHX-JAT**
                                        )
11                                      )
                                        )
12      Plaintiffs,                     )
                                        )
13 v.                                   )
                                        )   **STIPULATION OF DISMISSAL WITH**
14 Saxon Mortgage, Inc., Ocwen          )   **PREJUDICE AS TO TRANS UNION, LLC**
   Mortgage Company, LLC; Trans         )   **ONLY**
15 Union, LLC; Experian Information     )
   Solutions, Inc.; and Equifax         )
16 Information Services, LLC;           )
                                        )
17      Defendants.                     )
                                        )
18                                      )

19      Plaintiffs and Defendant Trans Union, LLC, by and through counsel, hereby

20 stipulate to the dismissal of this action as to Trans Union, LLC only with prejudice,

21 each party to bear its own fees and costs.

22 / / /

23 / / /

24

25

DATED   August 26, 2011   .

| s/ Floyd W. Bybee | s/ Ginny Hawkinson Webb |
|---|---|
| Floyd W. Bybee, #012651 | **Ginny Hawkinson Webb** |
| **BYBEE LAW CENTER, PLC** | Strasburger & Price, LLP |
| 2473 S. Higley Road | 2801 Network Blvd. |
| Suite 104-308 | Suite 600 |
| Gilbert, AZ 85295-3023 | Frisco, TX 75034 |
| Office: (480) 756-8822 | ginny.webb@strasburger.com |
| Fax: (480) 302-4186 | |
| floyd@bybeelaw.com | Attorneys for Defendant |
| | Trans Union LLC |
| Attorney for Plaintiffs | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on   August 26, 2011   a copy of this document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Jason L. Sanders**
Locke Lord Bissell & Liddell LLP
2200 Ross Ave
Ste 2200
Dallas, TX 75201
jsanders@lockelord.com
Attorney for Defendant
  Saxon Mortgage

**Christopher R. Blevins**
Houser & Allison APC
9970 Research Dr
Irvine, CA 92618
cblevins@houser-law.com
Attorneys for Defendant
  Ocwen Mortgage

**Robert W. Norman, Jr**
Houser & Allison
3760 Kilroy Airport Wy
Suite 260
Long Beach, CA 90806
bnorman@houser-law.com
Attorneys for Defendant
  Ocwen Mortgage

**Michael D. Douglas**
King & Spalding LLP
1180 Peachtree St NE
Atlanta, GA 30309
mdouglas@kslaw.com
Attorneys for Defendant
  Equifax

**Michael J. Coccaro**
SNELL & WILMER, LLP
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Attorneys for Defendant
  Equifax

**Katherine A. Klimkowski**
JONES DAY
3161 Michelson Dr Ste 800
Irvine, CA  92612-4408
kaklimkowski@jonesday.com
Attorneys for Defendant
  Experian

**Ginny Hawkinson Webb**
Strasburger & Price, LLP
2801 Network Blvd.
Suite 600
Frisco, TX 75034
ginny.webb@strasburger.com
Attorneys for Defendant
  Trans Union LLC

**Philip R. Wooten**
Philip R. Wooten PC
3413 E. Equestrian Trail
Phoenix, AZ 85044-3403
philip.wooten@azbar.org
Attorneys for Defendant
  Trans Union LLC

by    s/ Floyd W. Bybee