Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
2473 S. Higley Road
Suite 104-308
Gilbert, AZ  85295-3023
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| David C. Henry, et al. | No.  CV2010-2551-PHX-JAT |
| Plaintiffs, | |
| v. | **NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |
| Saxon Mortgage, Inc., et al., | |
| Defendants. | |

Plaintiff, by and through counsel, hereby gives notice that Plaintiff and Defendant Experian Information Solutions, Inc. have reached a settlement in this case.

/ / /

/ / /

DATED   November 15, 2011  .

                                            s/ Floyd W. Bybee  
                                          Floyd W. Bybee, #012651  
                                          **BYBEE LAW CENTER, PLC**  
                                          2473 S. Higley Road  
                                          Suite 104-308  
                                          Gilbert, AZ  85295-3023  
                                          Office: (480) 756-8822  
                                          Fax: (480) 302-4186  
                                          floyd@bybeelaw.com

                                          Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned certifies that on   November 15, 2011  , a copy of this document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| **Michael D. Douglas**<br>King & Spalding LLP<br>1180 Peachtree St NE<br>Atlanta, GA 30309<br>mdouglas@kslaw.com<br>Attorneys for Defendant<br>  Equifax | **Katherine A. Klimkowski**<br>JONES DAY<br>3161 Michelson Dr Ste 800<br>Irvine, CA 92612-4408<br>kaklimkowski@jonesday.com<br>Attorneys for Defendant<br>  Experian |
| **Christopher R. Blevins**<br>Houser & Allison APC<br>9970 Research Dr<br>Irvine, CA 92618<br>cblevins@houser-law.com<br>Attorneys for Defendant<br>  Ocwen Mortgage | |

by   s/ Floyd W. Bybee  

- 2 -