**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| David C. Henry, et al., | No. CV 10-2551-PHX-JAT |
| Plaintiffs, | |
| v. | **ORDER AMENDING CAPTION SUBSTITUTING OCWEN LOAN SERVICING, LLC IN PLACE OF DEFENDANT OCWEN MORTGAGE COMPANY, LLC** |
| Saxon Mortgage, Inc., et al., | |
| Defendants. | |

Plaintiffs and Defendant Ocwen Loan Servicing, LLC erroneously sued as Ocwen Mortgage Company, LLC having stipulated (Doc. 92) to amending the caption and substituting Ocwen Loan Servicing, LLC in place of Defendant Ocwen Mortgage Company, LLC, and finding good cause appearing,

///

///

///

///

**IT IS HEREBY ORDERED** amending the caption and substituting Ocwen Loan Servicing, LLC in place of Defendant Ocwen Mortgage Company, LLC.

DATED this 3rd day of May, 2012.

James A. Teilborg
United States District Judge