| | |
|---|---|
| 1 | Floyd W. Bybee, #012651 |
|   | **BYBEE LAW CENTER, PLC** |
| 2 | 90 S. Kyrene Rd., Ste. 5 |
|   | Chandler, AZ 85226-4687 |
| 3 | Office: (480) 756-8822 |
|   | Fax: (480) 302-4186 |
| 4 | floyd@bybeelaw.com |
| 5 | Attorney for Plaintiffs |

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| David C. Henry, et al., | ) | No. CV 10-2551-PHX-JAT |
|  | ) |  |
| Plaintiffs, | ) |  |
| v. | ) | **NOTICE OF SETTLEMENT** |
| Saxon Mortgage, Inc., et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

Plaintiffs, by and through counsel, hereby give notice that Plaintiffs and Defendant Ocwen Loan Servicing LLC have reached a settlement in this case.

/ / /

/ / /

DATED   June 20, 2012   .

          s/ Floyd W. Bybee
Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned certifies that on  June 20, 2012 , a copy of this document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

    Charles Tony Piccuta
    **Houser & Allison PC**
    9970 Research Dr
    Irvine, CA 92618
    Attorneys for Defendant
      Ocwen Loan Servicing

by   s/ Floyd W. Bybee