# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| David C. Henry and Janet A. Henry,  ) | **JUDGMENT OF DISMISSAL** |
| ) | **IN A CIVIL CASE** |
| Plaintiff,  ) | |
| ) | CV 10-2551 PHX-JAT |
| v.  ) | |
| ) | |
| Saxon Mortgage, Inc.; Ocwen Mortgage  ) | |
| Company, LLC; Trans Union LLC;  ) | |
| Experian Information Solutions, Inc; and  ) | |
| Equifax Information Services, LLC,  ) | |
| ) | |
| Defendant(s).  ) | |

___ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ Decision by Court. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order dated June 21, 2012, judgment is entered and the complaint and this action are dismissed.

BRIAN D. KARTH
District Court Executive/Clerk

July 23, 2012

s/ Linda S Patton
By: Deputy Clerk

cc: (all counsel)